IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:21-CV-00094-KDB

| | |
|---|---|
| VANDA KAY MOORE,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI , Acting Commissioner of Social Security,[1]<br><br>Defendant. | ORDER |

**THIS MATTER** is before the Court on Plaintiff's consent motion to dismiss pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. (Doc. No. 16). For good cause shown, and without objection by opposing counsel, the Court will grant the motion.

**IT IS THEREFORE ORDERED** that this matter be **DISMISSED** with prejudice.

**SO ORDERED.**

Signed: November 16, 2021

Kenneth D. Bell
United States District Judge

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Andrew Saul as the Defendant in this suit.