# United States District Court
## Western District of North Carolina
## Asheville Division

| | |
|---|---|
| Vanda Kay Moore | JUDGMENT IN CASE |
| Plaintiff(s), | 1:21-cv-00094-KDB |
| vs. | |
| Kilolo Kijakazi, Acting Commissioner of Social Security | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 16, 2021 Order.

November 16, 2021

Frank G. Johns, Clerk
United States District Court